# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY, KANSAS

| | |
|---|---|
| **DOUGLAS and KATIE REHBEIN,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) |
| | )   Case No. 2:19-cv-02197-KHV-TJJ |
| **GREAT WOLF LODGE OF KANSAS** | ) |
| **CITY, LLC, GREAT WOLF KANSAS SPE,** | ) |
| **LLC, GREAT WOLF RESORTS, INC.,** | ) |
| **PROSLIDE TECHNOLOGY, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## DISCLOSURE OF CORPORATE INTERESTS

COMES NOW Defendant, PROSLIDE TECHNOLOGY, INC., by and through counsel, and pursuant to Federal Rule of Civil Procedure 7.1, discloses the following corporate interests:

1. <u>Parent company of the corporation:</u>

   PS Attractions, Inc.

2. <u>Publicly held companies that own 10% or more of the corporation's stock:</u>

   None.

Respectfully Submitted,

**RASMUSSEN DICKEY MOORE, LLC**

*/s/ Patrick D. Murphy*
Patrick D. Murphy, KS #21416
1001 East 101st Terrace, Suite 300
Kansas City, Missouri 64131
Business: (816) 960-1611
Fax: (816) 960-1669
pmurphy@rdm.law

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the court's electronic filing system, and a copy was also sent via email transmission this 21st day of May, 2019, to:

J'Nan C. Kimak
Humphrey, Farrington & McClain, PC
221 West Lexington, Suite 400
PO Box 900
Independence, MO 64051
(816) 836-5050
(816) 836-8966
jck@hfmlegal.com
**Attorney for Plaintiffs**

John G. Schultz
**FRANKE SCHULTZ & MULLEN, P.C.**
8900 Ward Parkway
Kansas City, MO  64114
(816) 421-7100 Phone
(816) 421-7915 Fax
jschultz@fsmlawfirm.com
**Attorney for Defendants Great Wolf**
**Lodge of Kansas City, LLC, Great Wolf**
**Kansas SPE, LLC and Great Wolf Resorts, Inc.**

                                    */s/ Patrick D. Murphy*
                                    Rasmussen Dickey Moore, LLC