## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY, KANSAS

| | |
|---|---|
| DOUGLAS AND KATIE REHBEIN, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 2:19-cv-02197 |
| GREAT WOLF LODGE OF KANSAS CITY, LLC, et al. | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that *Response and Objections to Plaintiffs' First Interrogatories to Defendant Great Wolf Lodge of Kansas City, LLC, Great Wolf Kansas SPE, LLC and Great Wolf Resorts, Inc.* and *Defendants Great Wolf's Responses and Objections to Plaintiffs' First Request for Production of Documents and Things to Defendant Great Wolf Lodge of Kansas City, LLC* (Documents Produced via CD) together with a copy of this *Certificate of Service,* were sent via email and a copy sent by regular U.S. Mail, on the 11th day of October, 2019, to:

J'Nan C. Kimak
HUMPHREY, FARRINGTON & McCLAIN, PC
221 West Lexington, Suite 400
PO Box 900
Independence, MO 64051
(816) 836-5050 Phone
(816) 836-8966 Fax
jck@hfmlegal.com
**Attorney for Plaintiffs**

Patrick D. Murphy
RASMUSSEN DICKEY MOORE, LLC
1001 E. 101st Terrace, Suite 300
Kansas City, MO 64131

1

(816) 960-1611 Phone
(816) 960-1669 Fax
pmurphy@rdm.law
**Attorney for Defendant,**
**Proslide Technology, Inc.**

        Respectfully submitted,

        FRANKE SCHULTZ & MULLEN, P.C.

        */s/ Derek G. Johannsen*
        JOHN G. SCHULTZ      #22871
        DEREK G. JOHANNSEN    #22569
        DANIELLE M. UZELAC     #26533
        8900 Ward Parkway
        Kansas City, MO  64114
        (816) 421-7100 Phone
        (816) 421-7915 Fax
        jschultz@fsmlawfirm.com
        djohannsen@fsmlawfirm.com
        duzelac@fsmlawfirm.com
        **Attorney for Defendants Great Wolf**
        **Lodge of Kansas City, LLC, Great Wolf**
        **Kansas SPE, LLC and Great Wolf Resorts, Inc.**